DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTHA K. FORSYTH,**
Appellant,

v.

**FIRST CITIZENS BANK & TRUST COMPANY,**
Appellee.

No. 4D21-701

[March 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 15-18075.

C. Edward McGee, Jr., of McGee & Huskey, P.A., Fort Lauderdale, for appellant.

George L. Sigalos and Damon E. Gasser of Simon & Sigalos, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***